IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON<br>Plaintiff<br>v.<br>Edmund M. Hillis And<br>Angelo Falasca<br>Defendants | CA NO. 04-841-JJF<br><br>FILED<br>OCT 12 2005<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

## MOTION TO EXTEND PARTIAL FILING FEE

Plaintiff prays this Honorable Court will extend 7.50 filing fee, and asserts the following:

① Plaintiff is exhaustively indigent.

② There are "evils" which are so under minding, for they have sought to look past the Great Lights who founded This Great Country & Constitution, their "deplorable acts" must all be brought to the light.

October 9, 2005

DEVEARL L. BACON



IM Severn L. Bacon
SBI# 221242 UNIT 22-B-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, Del. 19801

U.S.M.S. X-RAY

WILMINGTON PM 11 OCT 2005