Beverly L. Bacon
#221242
D.C.C. Smyrna, Del. 19977

Case No. 02-431-JJF;
04-841-JJF

Hon. Judge JJF
U.S. District Court
Wilmington, Del. 19801

FILED
OCT 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Beverly L. Bacon

Oct. 13, 2005

Your Honor;

With this letter is a copy of "Hand Delivery Verification Form from Hon. Judge Susan C. Delpesco Superior Court.

D.C.C. staff has been holding All of my Legal Mail; and also Personal Mail to + fr.

Last Night I had got legal mail

(1)

dated Sept 11, 2005 it was held for a month. That mail is with regards to my Appeal in the Supreme Court and a (2nd) outsi[de] party who has been helping me!

I'm writing for the following (from a letter that I smuggled to this Court):

① As to 02-431-JJF; (wh.) WAS decision made on that.

② As to 04-841-JJF: I sent this Court my "Authorization form" and asked for an extention for 7.50 filing fee.

③ I filed Colorable Suit "AGAIN" with this Court, did this Court recieve it.

Can you please help me recieve my mail, I think Lt. Forbes + (1)St. Lt. Ramone Taylor are stopping





I/M Gregory DeShields
SBI# 256942   UNIT 23 B 11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Clerk of Court
U.S. District Court
844 N. King Street
Wilmington, Delaware
19801