IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON,             :

    Plaintiff,            :

v.                           :      Civil Action No. 04-841 JJF

EDMUND M. HILLIS and,      :
ANGELO FALASCA,           :

    Defendants.          :

## O R D E R

WHEREAS, Plaintiff filed a Motion To Extend Partial Filing Fee (D.I. 12) contending that he is "exhaustively indigent";

WHEREAS, based on an evaluation of Plaintiff's account information pursuant to 28 U.S.C. § 1915(b)(1), this Court required Plaintiff to pay an initial partial filing fee of $7.50 (D.I. 11);

WHEREAS, Plaintiff's Motion offers no factual support for the contention that he is incapable of paying the initial partial filing fee;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Extend Partial Filing Fee (D.I. 12) is **DENIED**.

October 25, 2005                        _____
    DATE                                 UNITED STATES DISTRICT JUDGE