IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON,                :
                                 :
        Plaintiff,               :
                                 :
    v.                           :   Civil Action No. 04-841 JJF
                                 :
EDMUND M. HILLIS and,            :
ANGELO FALASCA,                  :
                                 :
        Defendants.              :

### ORDER

At Wilmington, this 25 day of October 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. §§ 1915 (e)(2)(B) and 1915 (b)(1).

                                    _____
                                    UNITED STATES DISTRICT JUDGE